## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL MURRAY; AND MICHAEL RENO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br>Petitioners,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KATHLEEN E. DELANEY, DISTRICT JUDGE,<br>Respondents,<br>and<br>JASMINKA DUBRIC; A CAB, LLC; A CAB SERIES LLC; EMPLOYEE LEASING COMPANY; AND CREIGHTON J. NADY,<br>Real Parties in Interest. | No. 75877<br><br>FILED<br><br>SEP 13 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

### ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying petitioner class representatives' motion to intervene the underlying competing Minimum Wage Act (MWA) action in which real parties in interest have jointly moved for conditional certification of the same or a similar class for settlement purposes and preliminary approval of a proposed class settlement agreement.

On August 29, 2018, petitioners submitted to this court a declaration and exhibits showing that, on August 21, 2018, the district court entered summary judgment in favor of the class in the MWA action in which

18-35910

petitioners are representatives.[1] Although petitioners state that they are unsure how the judgment affects their request for writ relief since real parties in interest have not indicated whether they intend to continue pursuing class certification and settlement approval, we conclude that the judgment renders this petition moot and thus we dismiss it without prejudice. In that regard, the final judgment in the competing class action appears to obviate petitioners' reasons for seeking intervention, at least at this time, as the class claims have been resolved and real parties in interest may proceed differently in the underlying case. If petitioners still believe they should be allowed to intervene, they may file a renewed request to do so in district court addressing the change in the status of the class claims, and if denied, they may seek writ relief in this court, if warranted. Accordingly, we

ORDER this petition DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Kathleen E. Delaney, District Judge
Leon Greenberg Professional Corporation
Rodriguez Law Offices, P.C.

---

[1]We grant petitioners' motion to supplement their petition with the declaration and exhibits attached to the motion.

Bourassa Law Group, LLC
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk

